IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| QUINCY BENJAMIN SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>JERED GUISINGER, *in his individual capacity*,<br><br>Defendant. | CV 21-61-M-KLD<br><br>ORDER |

The parties in the above case filed a joint stipulated motion for dismissal. Accordingly,

IT IS ORDERED that the above matter be dismissed as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 2nd day of February, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge